IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN BROWN** <br> *Plaintiff,* <br><br> v. <br><br> **UNITED FINANCIAL CASUALTY COMPANY** <br> *Defendant.* | **CIVIL ACTION** <br><br> **NO. 25-4793** |

### ORDER RE: PLAINTIFF'S MOTION TO REMAND

**AND NOW**, this 17th day of October, 2025, after consideration of Plaintiff's Motion to Remand (ECF 6) and Defendant's Opposition (ECF 9), it is hereby **ORDERED** that Plaintiff's Motion to Remand is **GRANTED** for the reasons stated in the foregoing memorandum.

**BY THE COURT:**

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\phl-data\judge_baylson\civil 25\25-4793 brown v. united financial casualty company\25-4793 order re motion to remand.docx